```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                           ROANOKE, VA
                                                              FILED

                                                          FEB 12 2008
```

IN THE UNITED STATES DISTRICT COURT JOHN F. CORCORAN, CLERK
FOR THE WESTERN DISTRICT OF VIRGINIA BY:
ROANOKE DIVISION                          DEPUTY CLERK

| | |
|---|---|
| JONATHAN LEE RICHES, ) | Civil Action No. 7:08-cv-00084; 7:08-cv-00085; |
| ) | 7:08-cv-00086; 7:08-cv-00087; 7:08-cv-00088; |
| ) | 7:08-cv-00089; 7:08-cv-00090; 7:08-cv-00091; |
| ) | 7:08-cv-00092; 7:08-cv-00094; 7:08-cv-00095; |
| ) | 7:08-cv-00096; 7:08-cv-00097; 7:08-cv-00098; |
| ) | 7:08-cv-00099; 7:08-cv-00100; 7:08-cv-00101; |
| v. ) | 7:08-cv-00102; 7:08-cv-00103; 7:08-cv-00104; |
| ) | 7:08-cv-00105 |
| ) | |
| ) | **FINAL ORDER** |
| ) | |
| VARIOUS DEFENDANTS. ) | By: Samuel G. Wilson |
| ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that

1. Riches' complaints in the above-referenced civil actions are hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g);

2. Riches' requests to proceed in forma pauperis are **DENIED as MOOT**; and

3. The above-referenced cases will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 12th day of February, 2008.

_____
United States District Judge